**Scott D. Sherman, Esq.**
Minion & Sherman
Attorneys at Law
33 Clinton Road, Suite 105
West Caldwell, NJ 07006
973-882-2424    Fax 973-882-0856
e-mail: ssherman@minionsherman.com
Attorneys for Debtors

| | |
|---|---|
| In Re:<br><br>**EVANGELIA MALIARAKIS,**<br><br>Debtor | **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**<br><br>Case No. 17-34042 SLM<br><br>Chapter 13<br><br>**NOTICE OF MOTION FOR ENTRY OF LOSS MITIGATION ORDER AFTER FIRST DATE SET FOR FIRST MEETING OF CREDITORS**<br><br>**Hearing Date: 3/28/2018, 10:30 a.m.** |

      The debtor has filed papers with the Court requesting entry of an Order allowing participation in Bankruptcy Court's Loss Mitigation Program after the first date set for the Meeting of Creditors and for other such relief as the Court may deem appropriate.

      <u>Your rights may be affected.</u>  **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have any attorney, you may wish to consult one.)**

      If you do not want the Court to approve this Motion or if you want the Court to consider your view on the motion, within seven (7) days prior to the scheduled hearing or as otherwise directed by the court, you or your attorney must:

File with the Court a written request for a hearing (or, if the Court requires a written response, an answer, explaining your positions) at:

      United States Bankruptcy Court
      P.O. Box 1352
      Newark, New Jersey   07101-1352

If you mail your response to the Court for filing, you must mail it early enough so the Court will receive in, on, or before the date stated above.

You must also mail a copy to:

**Scott D. Sherman, Esq.**
Minion & Sherman
Attorneys at Law
33 Clinton Road, Suite 105
West Caldwell, NJ 07006

Marie-Ann Greenberg, Esq., Trustee
30 Two Bridges Road - Suite 330
Fairfield, New Jersey 07004

## ATTEND THE HEARING SCHEDULED TO BE HELD BEFORE

Honorable:   Stacey L. Meisel
Date:        3/28/2018
Time:        10:30 a.m.
Place:       United States Bankruptcy Court
             M.L.K. Federal Building
             50 Walnut Street - Third Floor
             Newark, New Jersey

Pursuant to D.N.J. LBR 9013-1(d) et seq., if you wish to contest the within motion, you must file with the Office of the Clerk of the United States Bankruptcy Court, responding papers stating with particularity the basis of your opposition to the within motion. A copy of the proposed Order which is sought is enclosed with this Motion.

If you or your attorney do not take steps, the Court may decide that you do not oppose the relief sought in the motion or objection and may enter an Order granting that relief.

Statement of Non-Necessity of Brief: The movant certifies pursuant to D.N.J. LBR 9013-2 that the within motion involves commonly questions or law and fact and does not involve complex or novel issues such as to require the submission of a legal brief.

DATED:  2/27/2018                               MINION & SHERMAN

                                                 /S/ Scott D. Sherman, ESQ.
                                                 -----------------------------------
                                                 SCOTT D. SHERMAN, ESQ.
                                                 Attorney for the Debtor(s)